UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PACIFIC CA SYSTEMS, INC., a Washington Corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>PRAXAIR, INC., a Delaware Corporation; and PRAXAIR SERVICES, INC., a Texas Corporation,<br><br>                Defendants. | NO. CV-07-3077-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed March 24, 2009 (Ct. Rec. 16), the parties advised the Court that 1) Plaintiff's claims should be dismissed with prejudice; 2) the first, second, and fourth causes of action contained in Defendants' counterclaims (Ct. Rec. 6) should be dismissed with prejudice; and 3) the third cause of action contained in Defendants' counterclaims should be dismissed without prejudice. The parties agree to bear their own costs and fees.

Therefore, **IT IS ORDERED**:

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice**;

ORDER * 1

2. The first, second, and fourth causes of action contained in Defendants' counterclaims **(Ct. Rec. 6)** are **dismissed with prejudice**; the third cause of action contained in Defendants' counterclaims is **dismissed without prejudice**;

3. The parties shall bear their own fees and costs;

4. All pending trial and hearing dates are stricken;

5. All pending motions are denied as moot; and

6. This file shall be closed.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this  25th   day of March, 2009.


              s/Edward F. Shea
              EDWARD F. SHEA
         United States District Judge

Q:\Civil\2007\3077.Stip.Dismiss.wpd

ORDER * 2